[No. 30686-1-III.   Division Three.   June 6, 2013.]

*In the Matter of the Estate of* GARTH BENJAMIN PETERSON.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-4-01154-6, Jerome J. Leveque, J., entered February 17, 2012. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30776-0-III.   Division Three.   June 6, 2013.]

KEITH B. ARNDT, *as Trustee, Respondent,* v. GREGORY WELCH, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 09-2-00150-8, E. Thompson Reynolds, J., entered March 14, 2012. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 67238-0-I.   Division One.   June 10, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD ALBERT THAVES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 11-1-01173-5, Barbara A. Mack, J., entered June 8, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Cox, JJ.

[No. 67341-6-I.   Division One.   June 10, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. RODNEY BYRON SUMMERS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-00450-6, Linda C. Krese, J., entered July 1, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Cox and Lau, JJ.